## ORLOFF, LOWENBACH, STIFELMAN & SIEGEL
### A PROFESSIONAL CORPORATION
### COUNSELLORS AT LAW
101 EISENHOWER PARKWAY - SUITE 400
ROSELAND, NEW JERSEY 07068-1097

(973) 622-6200  •  FAX: (973) 622-3073
E-MAIL: attorneys@olss.com
www.olss.com

JOEL D. SIEGEL*
LAURENCE B. ORLOFF*
STANLEY SCHWARTZ*
JEFFREY M. GARROD*
SANDERS M. CHATTMAN
SAMUEL FELDMAN*
EDMUND A. MIKALAUSKAS
SUSAN M. HOLZMAN*
WILLIAM J. ADELSON*
EUGENIA YUDANIN*
PHILIP C. CORBO*
ADAM M. HABERFIELD
CRAIG A. OLLENSCHLEGER

AZRIEL J. BAER*
MATTHEW T. ASLANIAN
DAVID GORVITZ*
LAURA N. WILENSKY*
XIAO SUN*
DEVIN A. COHEN*

OF COUNSEL
RALPH M. LOWENBACH*
FLOYD SHAPIRO

FRANK L. STIFELMAN
1937-2015

* MEMBER NJ & NY BARS

REFER TO FILE NO.

October 14, 2016

101941-002

**_VIA ECF_**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court for District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

> **Re:    Mouw v. National Auto Division, L.L.C.**
> **Civil Case No. 3:16-cv-2947-AET-DEA**

Dear Judge Arpert:

Pursuant to Your Honor's directive at the September 20, 2016, Status Conference, this letter shall serve to confirm that defendant National Auto Division, L.L.C. is willing to participate in mediation of the above-captioned civil case.

Respectfully yours,

CRAIG A. OLLENSCHLEGER

CO:rp
cc:    Stefan Coleman, Esq. (Via ECF)
Steven L. Woodrow, Esq. (Via ECF)
Patrick H. Peluso, Esq. (Via ECF)
William E. Raney, Esq. (Via ECF)
Kellie Mitchell Bubeck, Esq. (Via ECF)
Jeffrey M. Garrod, Esq. (Via ECF)