UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN MOUW, | : Civil Action No. 16-2947 (AET) |
| Plaintiff, | : |
| v. | : ORDER OF REFERENCE TO |
| | :           MEDIATION |
| NATIONAL AUTO DIVISION, L.L.C., et al., | : |
| Defendants. | : |

The Court having adopted L. Civ. R. 301.1 and established a program for the mediation of civil actions; and the Parties having agreed that the above captioned case is appropriate for mediation; and it appearing that mediation of this case would conserve the resources, and be in the best interests, of the Court and the Parties, and good cause appearing;

IT IS on this 21st day of October 2016,

ORDERED THAT:

1. The above captioned civil action is hereby referred to Honorable Anthony J. Parillo, J.S.C. (retired), as mediator consistent with Local Rule 301.1.

2. Counsel and the parties (including individuals with settlement authority) will cooperate with attending mediation sessions as requested by the mediator.

3. The mediator may meet with counsel and parties jointly or ex parte. All information presented to the mediator will be deemed confidential and will be disclosed by the mediator only on consent of counsel, except as necessary to advise the Court of an apparent

failure to participate.  The mediator will not be subject to subpoena by any party.  No statements made or documents prepared for mediation sessions will be disclosed in any subsequent proceeding or construed as an admission against interest.

        4.  The terms of the Pretrial Scheduling Order filed September 21, 2016, remain in effect including the telephone status set for <u>December 7, 2016</u> at <u>11:30 A.M.</u>

        *s/ Douglas E. Arpert*
        DOUGLAS E. ARPERT
        United States Magistrate Judge