UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN MOUW, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL AUTO DIVISION, LLC, a New Jersey limited liability company, <br><br> Defendant. | Civil Action No. 16-cv-2947-AET-DEA <br><br> Hon. Anne E. Thompson, U.S.D.J. <br><br><br> **PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE that Plaintiff Susan Mouw ("Plaintiff" or "Mouw"), by and through her undersigned attorneys, on May 1, 2017, or as soon thereafter as counsel may be heard, shall move before the Honorable Anne Thompson at the Clarkson F. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608 for leave to file a First Amended Class Action Complaint.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff shall rely on her Memorandum of Law and accompanying exhibits, submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed order is enclosed

herewith.

Dated: April 3, 2017     **SUSAN MOUW**, individually and on behalf of all others similarly situated,

    By: /s Stefan Coleman
    One of Plaintiff's Attorneys

    Stefan Coleman
    Law Offices of Stefan Coleman, LLC
    1072 Madison Ave, Suite 1
    Lakewood, NJ 08701
    law@stefancoleman.com
    (877) 333-9427

    Steven L. Woodrow*
    swoodrow@woodrowpeluso.com
    Patrick H. Peluso*
    ppeluso@woodrowpeluso.com
    Woodrow & Peluso, LLC
    3900 East Mexico Ave., Ste. 300
    Denver, Colorado 80210
    (720) 213-0675

    *pro hac vice

## CERTIFICATE OF SERVICE

I certify that on April 3, 2017, I served this document on all counsel of record by filing such document with the Court using the Court's electronic filing system.

/s/ Stefan Coleman